# CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Rafael Palomino**; DOB: 1978; United States Citizen<br>**Ramiro Josue Rocha**; DOB: 1979; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-05768MJ** |

Complaint for violation of Title 21, United States Code, Section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about May 1, 2021, at or near Amado, in the District of Arizona, **Rafael Palomino** and **Ramiro Josue Rocha** did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).
   All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 1, 2021, Border Patrol Agents (BPAs) encountered a passenger shuttle van at the immigration checkpoint located on Interstate 19 (I-19) near Amado, Arizona. The shuttle van was referred to secondary inspection so that an immigration inspection could be conducted on all passengers. In secondary inspection, BPA encountered two male subjects who are cousins, identified as **Rafael PALOMINO** and **Ramiro Josue ROCHA**, travelling together. As BPA questioned both **PALOMINO** and **ROCHA**, they noticed inconsistencies in their stories regarding their travels to Mexico. During questioning, BPAs asked **PALOMINO** for consent to an examination by a medical professional to which **PALOMINO** responded that he had no problem doing that. BPAs then informed **ROCHA** that his cousin, **PALOMINO**, had agreed to a medical examination. When **ROCHA** was presented with this information, **ROCHA** admitted to BPAs that he hid a bundle underneath the seat in front of where he was sitting, on the left side in the padding. BPAs then searched the area described by **ROCHA** and discovered a small bundle tucked into the padding. BPAs then asked **PALOMINO** if he had anything he wanted to disclose. **PALOMINO** stated that he had a bundle concealed in his groin area. BPAs searched **PALOMINO** and found a small bundle wrapped in a condom. Border Patrol agents are aware that packages wrapped in condoms and body carriers traveling together in shuttles are consistent with drug distribution. Representative samples of both bundles tested positive for the characteristics of fentanyl. The fentanyl from both bundles had a total weight of 120.3 grams.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>JS2/pl<br>AUTHORIZED AUSA *Julie Sottosanti*    JULIE SOTTOSANTI  Digitally signed by JULIE SOTTOSANTI  Date: 2021.05.03 09:16:12 -07'00' | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 3, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54